1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN C. CALDERON,                    1:07-cv-1719 LJO-WMW (PC)

12          Plaintiff,                    ORDER GRANTING SECOND MOTION
                                          TO EXTEND TIME TO FILE AMENDED
13      vs.                               COMPLAINT

14   JEANNE WOODFORD,                     (DOCUMENT #21)

15          Defendants.                   30 DAY DEADLINE

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On June 30, 2008,  plaintiff filed a motion to extend time to file his first amended

19   complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   his first amended complaint.

23

24   IT IS SO ORDERED.

25   **Dated:    July 2, 2008**              _____/s/  William M. Wunderlich_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28