IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. CALDERON, | 1:07-cv-01719 LJO WMW (PC) |
|     Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
|     vs. | |
| JEANNE WOODFORD, et al., | (DOCUMENT #28) |
|     Defendants. | NINETY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2008, Plaintiff filed a motion to extend time to file his first amended complaint . Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted ninety (90) days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:   August 12, 2008**           /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE