IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. CALDERON,

        Plaintiff,             1: 07  CV 1719 LJO WMW PC

  vs.                          ORDER RE MOTION (DOC 26)

JEANNE WOODFORD, et al.,

        Defendants.

    Plaintiff has filed a motion requesting review of this action.  Subsequently, the court dismissed the operative pleading and granted Plaintiff leave to file an amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:**   September 8, 2008           /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1