IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. CALDERON, | 1:07-cv-01719-LJO-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| JEANNE WOODFORD, et al., | (Motion#38) |
| Defendants. | 180-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2009, plaintiff filed a motion to extend time to file Second Amended Complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted one hundred and eighty (180) days from the date of service of this order in which to file Second Amended Complaint.

IT IS SO ORDERED.

**Dated:   May 4, 2009**          **/s/  William M. Wunderlich**
                                  UNITED STATES MAGISTRATE JUDGE