1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JUAN C. CALDERON,                        CASE NO. 1:07-cv-1719-LJO-YNP PC

10                  Plaintiff,               ORDER VACATING FINDINGS AND
                                             RECOMMENDATIONS
11       v.

12   JEANNE WOODFORD, et al.,

13                  Defendants.
                                   /
14

15          On March 17, 2009, an order was entered, dismissing Plaintiff's First Amended Complaint,

16   with leave to file a Second Amended Complaint within 30 days.  Plaintiff failed to file a Second

17   Amended Complaint within thirty days, and on April 27, 2009 a recommendation of dismissal was

18   entered.  The same day, Plaintiff filed a motion for extension of time to file a Second Amended

19   Complaint.  Plaintiff's motion for extension of time was granted, and Plaintiff filed his Second

20   Amended Complaint on June 22, 2009.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22          1.      The March 17, 2009 recommendation of dismissal is vacated.

23          IT IS SO ORDERED.

24   **Dated:   September 1, 2009**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1