IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. CALDERON,

    Plaintiff,                    1: 07 CV 01719 LJO YNP GSA (PC)

    vs.                             ORDER DISMISSING ACTION

JEANNE WOODFORD, et al.,

    Defendants.

Plaintiff has filed a motion to voluntarily dismiss this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), Plaintiff may dismiss this action on his own motion, so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has entered an appearance.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 9, 2010**                    /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE